IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

FIRST GUARANTY MORTGAGE CORP.        :

     Plaintiff,        :

v.        :        Civil No. WMN 02CV326

RONALD PROCOPIO, et al.        :
                                     :

     Defendants.
_____:

## ORDER EXTENDING TIME FOR PLAINTIFF'S RESPONSE TO MOTION TO DISMISS OF DEFENDANTS GUSMAN AND ROCK CREEK ASSOCIATES, INC.

THIS COURT, having considered the Consent Motion to Extend Time for Plaintiff's Response to Motion to Dismiss (the "Motion") whereby Plaintiff First Guaranty Mortgage Corp. requested that the time for response to the Motion to Dismiss filed by Defendants' Rock Creek Associates, Inc. and Nancy L. Gusman be extended to April 19, 2002, Defendants having consented to the Motion, good cause having been shown, it is this **25**th day of March, 2002 hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that Plaintiff shall have until April 19, 2002 to file its response to the Motion to Dismiss of Defendants Nancy L. Gusman and Rock Creek Associates, Inc..

_____
UNITED STATES DISTRICT JUDGE

c:\FGMC\PROCOPIO\extension.order



copies to:

Gerald F. Chapman, Esq.
6917 Arlington Road, Suite 350
Bethesda, MD 20814

Ian A. Williams, Esq.
717 D Street, N.W., Suite 400
Washington, DC 20004

Robert H. Hillman, Esq.
416 Hungerford Drive, #435
Rockville, MD 20850

Craig F. Bellew, Esq.
Ferguson, Schetelich & Heffernan, P.A.
1401 Bank of America Center
100 S. Charles Street
Baltimore, MD 21201

Mr. Lester H. Lovejoy
Area Mortgage of Maryland
4421 Forbes Avenue
Lanham, MD 20706

Mr. Andre Green
1871 Brightseat Road
Landover, MD 20785

Mr. Robert Chasteen
4421 Forbes Avenue
Lanham, MD 20706