IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

First Guaranty Mortgage Corp. )  Case No. WMN 02 CV 326
                              )
    v.                        )
                              )
Ronald Procopio, et. al.      )

### ORDER

WHEREUPON having considered the Consent Motion to Extend time for defendants' Ronald and Margaret Procopio to file a reply to plaintiff's opposition to defendants' Motion to Dismiss by May 1, 2002, and the record herein, and defendants' reply having been filed, it is this 1st day of May, 2002 hereby

ORDERED, that the Motion is GRANTED; and it is

FURTHER ORDERED that defendants' Ronald Procopio and Margaret Procopio shall have until May 1 to file its reply to plaintiff's opposition to defendants' Motion to Dismiss.

_____          5/1/02
Hon. William M. Nickerson          Date



Copies to:

Ian A. Williams, Esquire
717 D Street, N.W.
Suite 400
Washington, D.C. 20004

Gerald F. Chapman, Esquire
6917 Arlington Road
Suite 350
Bethesda, MD 20814

Robert M. Hillman, Esquire
416 Hungerford Drive
Suite 435
Rockville, MD 20850

Craig F. Bellew, Esquire
Ferguson, Schetelich & Heffernan, P.A.
100 S. Charles Street
Baltimore, MD 21201

Lester Lovejoy/Area Mortgage
4305 29th Street
Mt. Ranier, MD 20712

Robert Chasteen
4421 Forbes Avenue
Lanham, MD 20706

Andre Green
1871 Brightseat Road
Landover, MD 20785