**AREA MORTGAGE OF MARYLAND, LLC**
9470 ANNAPOLIS ROAD, SUITE 212
LANHAM, MARYLAND 20706
(301) 306-1293    FAX (301) 306-0548

May 7, 2002

To: Honorable Judge Nickerson

I Lester H. Lovejoy request an additional sixty days extension for Area Mortgage of Maryland and myself.

Area Mortgage of Maryland the company I own is a small company without the resources necessary to obtain legal counsel on its behalf. A hearing is also requested so that I can have the opportunity to present all the facts involved in this civil case. It is my belief that this should be a criminal case not a civil case, There is another case pending also involving First Guaranty Mortgage and this Builder Mr. Ron Procopio, case being Thomas. First Guaranty Mortgage Lawyer (Gerald Chapman ) Richard k. Tretksy Managing Partner of Frist Guaranty Mortgage, myself Lester H. Lovejoy, Rob Chasteen , Mr. Procopio, Jeffery Lewis the appraiser and Mr. Thomas the borrower all met at Mr. Procopio office on Feb 15, 2001 at 11am. It was conveyed by Mr Procopio , Mr. Thomas (borrower ) that they had indeed committed fraud. The appraiser Jeffery Lewis also confessed to wrong doing. First Guaranty said they would hold myself and my company harmless for we were not involved. The Peterbarks loan closed prior to the Thomas loan however I was not notified that there was a proplem with the Peterbark loan ( the case before you ) until eleven (11) months after it closed therefore not affording me the opportunity to react to the alleged allegations until well after the fact. I beg the court to please grant a hearing in order for me to defend myself and my company.

Since Our conversation on Friday May 3,2002 I have not been able to reach Mr Gerald Chapman for approval of this exstenion.

Sincerely
Lester H. Lovejoy
Owner of Area Mortgage of Maryland

" _APPROVED 60 day extension_ THIS _8th_ DAY
OF _May_ , 20_02_

_____
UNITED STATES DISTRICT JUDGE

SENT BY: FLRST;                    7326831391;           FEB-14-01  2:03PM;        PAGE 1/1

# First Guaranty Mortgage Corp.

1300 Highway 35, Plaza II, Suite 204
Ocean, New Jersey 07712

732-663-1900                                                 Fax: 732-663-1107

Area Mortgage of Maryland
9740 Annapolis Road
Lanham, MD 20706
ATTN: Lee Lovejoy

RE:   Thomas
      12704 Norwood Lane
      Fort Washington, MD

A meeting to resolve the problems on this loan is set up for Thursday, February 15, 2001 at 11 am in the office of Ron Procopio (the seller) – ALL parties are expected to attend so this matter can be handled professionally

The meeting is at:

   7937 Penn Randall Place
   Upper Marlboro, MD 20772

Please attend, it is to your benefit.

Yours truly,

Richard K. Tretksy
Managing Partner

# AREA MORTGAGE OF MARYLAND
9470 ANNAPOLIS ROAD, SUITE 212
LANHAM, MD. 20706

## FAX COVER SHEET

LESTER H. LOVEJOY

PHONE (301) 306-1293                FAX (301) 306-0548

TO: _Honorable Judge Nickerson_       ATTN: _____

FAX #: _410-962-2577_                 DATE: _5/7/02_

FROM: _Lester H. Lovejoy_             TIME: _____

SUBJECT: _WMN-02CV326_

PAGES: _3 w/cover_

COMMENTS: _Please fax response_
_301-306-0548_

# AREA MORTGAGE OF MARYLAND
9470 ANNAPOLIS ROAD, SUITE 212
LANHAM, MD. 20706

## FAX COVER SHEET

### LESTER H. LOVEJOY

PHONE (301) 306-1293              FAX (301) 306-0548

TO: Honorable Judge Nickerson    ATTN: _____

FAX #: 410-962-2577              DATE: 5/7/02

FROM: Lester H. Lovejoy          TIME: _____

SUBJECT: WMN-02CV326l

PAGES: 3 w/cover

COMMENTS: Please fax response