IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FIRST GUARANTY MORTGAGE CORP. | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No.: WMN-02-326 |
| ROBERT CHASTEEN | * | |
| ANDRE GREEN | * | |
| Defendants | * | |

******

**ORDER**

Plaintiff having failed to serve the summons and complaint upon the defendants **Robert Chasteen** and **Andre Green** within 120 days after the filing of the complaint, it is, this **3rd** day of **June** 2002,

ORDERED that plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendants without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

William M. Nickerson
United States District Judge

U.S. District Court (Rev. 1/2000)