IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FIRST GUARANTY MORTGAGE CORP.  :
:
v.                             :   Civil Action No. WMN-02-326
:
RONALD PROCOPIO, et al.        :

### ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 20th day of June, 2002, by the United States District Court for the District of Maryland, ORDERED:

1. That the Motion to Dismiss filed by Defendants Rock Creek Associates, Inc. and Nancy L. Gusman (Paper No. 9) is hereby DENIED;

2. That the Motion to Dismiss filed by Ronald and Margaret Procopio (Paper No. 13) is hereby DENIED; and

3. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

William M. Nickerson
United States District Judge