IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FIRST GUARANTY MORTGAGE CORP.    *

       Plaintiff    *

       vs.    *    CIVIL ACTION NO. MJG-02-326

RONALD PROCOPIO, et al.    *

       Defendants    *

\*   \*   \*   \*   \*   \*   \*   \*   \*

FIRST GUARANTY MORTGAGE CORP.    *

       Plaintiff    *

       vs.    *    CIVIL ACTION NO. MJG-01-1430

RONALD PROCOPIO, et al.    *

       Defendants    *

\*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER OF CONSOLIDATION

The above captioned cases involve similar or identical contentions by the parties and common questions of fact and/or law. Under the circumstances, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure the Court determines that consolidation of these cases would tend to promote judicial efficiency and avoid unnecessary costs and delay. Accordingly:

    1.    Civil Action MJG-01-1430 is hereby consolidated for all purposes with Civil Action MJG-02-326.

    2.    All pleadings as of the entry of this Order shall be captioned as is Exhibit A hereto and shall be

        filed only in Civil Action No. MJG-02-326 unless otherwise directed by this Court.

3.    The Court is reserving judgment as to the extent to which the claims in Civil Action No. MJG-01-1430 shall be tried separately from, or together with, the claims in MJG-02-326.

SO ORDERED this \_\_4th\_\_ day of November, 2002.

                                               /s/ Marvin J. Garbis
                                          Marvin J. Garbis
                                    United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FIRST GUARANTY MORTGAGE CORP. | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO. MJG-02-326 |
| | | (Consolidated with MJG-01-1430) |
| RONALD PROCOPIO, et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

EXHIBIT A