IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FIRST GUARANTY MORTGAGE CORP.  *

      Plaintiff  *

vs.  * CIVIL ACTION NO. MJG-02-326
      (Consolidated with MJG-01-1430)

RONALD PROCOPIO, et al.  *

      Defendant  *

\*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER OF REFERENCE TO
UNITED STATES MAGISTRATE JUDGE
FOR DISCOVERY DISPUTES

Pursuant to 28 U.S.C. §636 and Local Rule 301 of this Court, this case is referred to the Honorable **BETH P. GESNER**, United States Magistrate Judge for the District of Maryland to hear as appropriate and determine all discovery disputes in this case.

SO ORDERED this _4/4_ day of November, 2002.

_____
Marvin J. Garbis
United States District Judge