UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| FIRST GUARANTY MORTGAGE CORP. | * | |
| Plaintiff | * | |
| v. | * | Case No.: WMN 02 CV ~~3261~~ |
| RONALD PROCOPIO, et al. | * | 02-326 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1), Plaintiff, First Guaranty Mortgage, Corp. ("First Guaranty"), by its attorneys, Gerald F. Chapman, dismiss the following claims:

1. Plaintiff hereby **DISMISSES** all claims against Defendant Robert H. Bell without prejudice.

2. Plaintiff hereby **DISMISSES** all claims against Defendant Torrey K. Lauersen without prejudice.

Respectfully submitted,

LAW OFFICES OF GERALD F. CHAPMAN LLC

By: *[signature]*
Gerald F. Chapman
Federal Bar I.D. No.: 432168
6917 Arlington Road, Suite 350
Bethesda, Maryland 20814
(301) 652-3900
Attorney for Plaintiff First Guaranty Mortgage Corp.

" APPROVED " THIS 25th DAY
OF November, 2002
*[signature]*
SENIOR UNITED STATES DISTRICT JUDGE

_____
Ian A. Williams
Federal Bar I.D. No.: 13631
717 D Street N. W.
Suite 400
Washington, D.C. 20004
(202) 842-2700
Attorney for Defendants Ronald Procopio
and Margaret Procopio



_____
Robert H. Bell
2505 Flowering Tree Lane
Gambrills, MD 21054



_____
Torrey K. Lauersen
Gambrills, MD 21054


MAGAZINE AND HILLMAN PC


By: _____
Robert H. Hillman
416 Hungerford Dr., Suite 435
Rockville, MD 20850
(301) 340-8300
Attorney for Defendants Rock Creek Associates, Inc.
and Nancy Gusman

_____
Ian A. Williams
Federal Bar I.D. No.: 13631
717 D Street N. W.
Suite 400
Washington, D.C. 20004
(202) 842-2700
Attorney for Defendants Ronald Procopio
  and Margaret Procopio

_____
Robert H. Bell
2505 Flowering Tree Lane
Gambrills, MD 21054

_____
Torrey K. Lauersen
Gambrills, MD 21054


MAGAZINE AND HILLMAN PC


By: _____
Robert H. Hillman
416 Hungerford Dr., Suite 435
Rockville, MD 20850
(301) 340-8300
Attorney for Defendants Rock Creek Associates, Inc.
  and Nancy Gusman

---

Ian A. Williams
Federal Bar I.D. No.: 13631
717 D Street N. W.
Suite 400
Washington, D.C. 20004
(202) 842-2700
Attorney for Defendants Ronald Procopio
and Margaret Procopio

---

Robert H. Bell
2505 Flowering Tree Lane
Gambrills, MD 21054

---

Torrey K. Lauersen
Gambrills, MD 21054

MAGAZINE AND HILLMAN PC

By: /s/ Robert H. Hillman
Robert H. Hillman
416 Hungerford Dr., Suite 435
Rockville, MD 20850
(301) 340-8300
Attorney for Defendants Rock Creek Associates, Inc.
~~and Nancy Gusman~~

2