FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 MAR -3  P 3: 34

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

FIRST GUARANTY MORTGAGE CORP.          :

            Plaintiff,                        :

v.                                         :        **Civil Action No. MJG 02-326**
                                                    **(consolidated with MJG-01-1430)**

RONALD PROCOPIO, et al.                    :
                                           :
            Defendants.                    :
_____          :

### JUDGMENT BY DEFAULT AS TO DEFENDANT ANDRE GREEN
### PURSUANT TO RULE 55 OF THE
### FEDERAL RULE OF CIVIL PROCEDURE

It appearing from the records in the above-entitled action that an Order of Default for want

of answer or other defense was made on _*September 18, 2002*_, as to

Defendant ANDRE GREEN for failure to plead or otherwise defend as provided by the Federal

Rules of Civil Procedure; and it appearing that Defendant Andre Green was properly served on April

21, 2002; therefore, it is this _*3rd*_ day of _*March*_, 2003, by the United

States District Court for the District of Maryland,

**ORDERED and ADJUDGED**, that Judgment by Default be and the same is entered in favor

of Plaintiff against Defendant Andre Green for the sum of $504,920.68, with interest and costs.

MARVIN J. GARBIS
UNITED STATES DISTRICT JUDGE

copies to:

Gerald F. Chapman, Esq.
6917 Arlington Road, Suite 350
Bethesda, MD 20814



Ian A. Williams, Esq.
717 D Street, N.W., Suite 400
Washington, DC 20004

Robert H. Hillman, Esq.
416 Hungerford Drive, #435
Rockville, MD 20850

Mr. Lester H. Lovejoy
Area Mortgage of Maryland
4305 29TH Street
Mr. Ranier, MD 20712

Mr. Andre Green
701 Carnoustie Lane
Fort Washington, MD 20744

Terrence C. McAndrews, Esq.
2000 Century Plaza
10632 Little Patuxent Parkway, Suite 446
Columbia, MD 21044