

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

**FIRST GUARANTY MORTGAGE CORP.**

      Plaintiff,

v.
                                         **Civil Action No. MJG 02-326
(consolidated with MJG-01-1430)**

**RONALD PROCOPIO, et al.**

      Defendants.

_____

### CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on this ___26th___ day of _June_, 2003, a true and correct copy

of Plaintiff's Notice of Deposition to Defendant Ronald Procopio was served by first class mail,

postage pre-paid, to Ian A. Williams, Esq., 717 D Street, N.W., Suite 400, Washington, DC 20004,

Robert H. Hillman, Esq., 416 Hungerford Drive, #435, Rockville, MD 20850, Mr. Lester H. Lovejoy

and Area Mortgage of Maryland, 4305 29th Street, Mt. Ranier, MD 20712, Mr. Andre Green, 701

Carnoustie Lane, Fort Washington, MD 20744, and Terrance C. McAndrews, Esq., 2000 Century

Plaza, 10632 Little Patuxent Parkway, Suite 446, Columbia, MD 21044.

I will retain the originals of the foregoing in my possession without alteration, until the case

is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been

decided



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

**FIRST GUARANTY MORTGAGE CORP.**

       **Plaintiff,**

**v.**                                                                                   Civil Action No. MJG 02-326
                                                                                           (consolidated with MJG-01-1430)

**RONALD PROCOPIO, et al**

       **Defendants.**

---

<u>CERTIFICATE REGARDING DISCOVERY</u>

HEREBY CERTIFY that on this __26th__ day of _June_, 2003, a true and correct copy

of Plaintiff's Notice of Deposition to Defendant Margaret Procopio was served by first class mail,

postage pre-paid, to Ian A. Williams, Esq., 717 D Street, N.W., Suite 400, Washington, DC 20004,

Robert H. Hillman, Esq., 416 Hungerford Drive, #435, Rockville, MD 20850, Mr. Lester H. Lovejoy

and Area Mortgage of Maryland, 4305 29th Street, Mt. Ranier, MD 20712, Mr. Andre Green, 701

Carnoustie Lane, Fort Washington, MD 20744, and Terrance C. McAndrews, Esq., 2000 Century

Plaza, 10632 Little Patuxent Parkway, Suite 446, Columbia, MD 21044.

I will retain the originals of the foregoing in my possession without alteration, until the case

is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been

decided.