LAW OFFICES
**GERALD F. CHAPMAN LLC**
6917 ARLINGTON ROAD
SUITE 350
BETHESDA, MD 20814

PH:(301) 652-3900
FAX:(301-652-3023

August 1, 2003

Honorable Marvin J. Garbis
United States District Judge
United States District Court
101 W. Lombard Street
Baltimore, MD 21201

      Re: First Guaranty Mortgage Corporation v. Procopio, et. al.; Civil No. MJG-02-326 (consolidated with MJG-01-1430); Status Report of Plaintiff

Dear Judge Garbis:

On behalf of Plaintiff First Guaranty Mortgage Corporation, I submit herewith our Status Report in accordance with your Scheduling Order of November 4, 2002 as follows:

1.    <u>Discovery Status</u>: The parties have not yet completed discovery. Depositions are scheduled by agreement of counsel for the week of August 4, 2003 which should then conclude discovery other than Requests for Admission which must be served by August 8, 2003.

2.    <u>Motions Pending</u>: There are no motions pending.

3.    <u>Dispositive Pretrial Motions</u>: Plaintiff intends to file Motions for Summary Judgment by the September 8, 2003 deadline.

4.    <u>Trial</u>: This case is to be tried to a jury. The estimated trial length is one week

5.    <u>Settlement Certification</u>. Counsel for the parties have discussed possible settlement at various times with no success. It is anticipated that additional settlement discussions will take place with the parties and their counsel during the depositions scheduled for the week of August 4, 2003.

6.    <u>Referral for ADR</u>.  I believe it would be constructive for the parties to attempt ADR and I do not believe

Honorable Marvin J. Garbis
August 1, 2003
Page No. 2


that it is necessary to await any dispositive pretrial motions before referral to ADR

    7.    <u>Proceedings Before a Magistrate</u>. Plaintiff is willing to proceed with a U.S. Magistrate Judge but the Defendants have previously not agreed to that.

    8.    <u>Other Matters</u>.    None


If you have any questions regarding the foregoing, please do hesitate to call me.

                                        Sincerely yours,

                                        Gerald F. Chapman
                                        Counsel for Plaintiff
                                        First Guaranty Mortgage Corp.

Ian A. Williams, Esq.
Terrence C. McAndrews, Esq.
Robert H. Hillman, Esq.
Mr. Lester Lovejoy, *pro se*
Mr. Andre Green, *pro se*