**TERRENCE C. MCANDREWS, P.A.**
2000 Century Plaza
10632 Little Patuxent Parkway
Suite 420
Columbia, Maryland 21044
410-772-9696
fax: 410-772-3969
e-mail: tmcandrews@starpower.net

**Admitted in Maryland**

August 7, 2003

Honorable Marvin J. Garbis
United States District Judge
United States District Court
101 W. Lombard Street
Baltimore, MD 21201

    Re:   First Guaranty Mortgage Corporation vs. Procopio, et. al.;
           Civil No. MJG-02-326 (consolidated with MJG-01-1430);
           Status Report of Defendant

Dear Judge Garbis:

       On behalf of Defendant, Robert Chasteen, I submit herewith our Status Report in accordance with your Scheduling Order of November 4, 2002 as follows:

> <u>Discovery Status</u>: Scheduled depositions have been completed, however, both the depositions of the Procopios and the corporate designee of First Guarantee Mortgage have been held open pending judicial resolution. Defendant, Robert Chasteen, intends to file a Motion in Limine and/or Motion for Sanctions against the Plaintiff for failure to disclose witness identities and other information previously requested in discovery.

2    <u>Motions Pending</u>: None

3    <u>Dispositive Pretrial Motions</u>: Defendant, Robert Chasteen, intends to file a Motion for Summary Judgment by the September 8, 2003 deadline.

4.    <u>Trial</u>: The case is to be tried to a jury. The estimated trial length is one week.

5.    <u>Settlement Certification</u>: Counsel for the parties have discussed possible settlement at various time up through and including the August 6 &7 2003, depositions with no success.

Honorable Marvin J. Garbis
August 7, 2003
Page 2

6. **Referral for ADR**: I believe it would be constructive for the parties to attempt ADR.

7. **Proceedings Before a Magistrate**: Defendant is willing to proceed with a U.S. Magistrate Judge.

8. **Other Matters**: None at this time.

If you have any questions regarding the foregoing, please do not hesitate to call me.

Very truly yours,

Terrence C. McAndrews
Counsel for Defendant

TCM/kaw

Cc: Ian A. Williams, Esq.
Gerald F. Chapman, Esq.
Robert H. Hillman, Esq.
Mr. Lester Lovejoy, *pro se*
Mr. Andre Green, *pro se*