IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| First Guaranty Mortgage Corp. | * | |
| Plaintiff(s) | * | |
|  |  | Civil Action No.:MJG-02-326 |
| vs. | * | |
| Ronald Procopio, et al., | * | |
| Defendant(s) | | |
|  | ****** | |

# **O**RDER

**IT IS HEREBY ORDERED**, this   12   day of     August   , 20 03 , that the Order of Referral, dated August 11, 2003, referring the captioned case to Judge Susan K. Gauvey for a settlement conference is IS RESCINDED.

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Marvin J. Garbis
　　　　　　　　　　　　　　　　　　　United States District Judge