BARBER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
INTERNATIONAL SQUARE CENTER
SUITE 400
1825 I STREET, N.W.
WASHINGTON, D.C. 20006

TELEPHONE 202.479.0345                                                           FACSIMILE 202.479.0006

VIA E-FILING

The Honorable Marvin J. Garbis
United States District Judge
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

August 26, 2003

Re:   First Guaranty Mortgage Corp. v. Procopio et al.; Civil no. MJG-02-326

Dear Judge Garbis:

In accordance with the Court's scheduling order of November 4, 2002, the Defendant, Lester Lovejoy, through counsel, hereby submits the following status report.

1. **Discovery Status**: At this point in time discovery has not been completed by the Defendant. With respect to the remaining parties, the Defendant understands that requests for admission are still outstanding.

2. **Motions Pending**: There are no pending motions; however, the Defendant anticipates filing a motion for leave to file an answer (or an amended answer), and a motion for leave to amend the Court's Scheduling Order.

3. **Dispositive Pretrial Motions**: Defendant intends to file a Motion for Summary Judgment in the event that the Court does not grant leave to amend its scheduling order.

4. **Trial**: The Defendant does not have an estimate as to the amount of time needed for trial.

5. **Settlement Certification**: The Defendant's counsel has not discussed settlement of this case with the Plaintiff.

6. **Referral for ADR**: At this time, the Defendant does not believe that ADR would

BARBER & ASSOCIATES, P.C.
ATTORNEYS AT LAW

The Honorable Marvin J. Garbis
August 26, 2003
Page 2

be constructive.

    7.    <u>Proceeding Before a Magistrate</u>: The Defendant does not object to proceeding before a Magistrate Judge.

    8.    <u>Other Matters</u>. The Defendant submits that it would be manifestly unjust for this complex civil action to proceed in accordance with the Court's Scheduling Order. The Defendant's counsel notes that the Defendant, who has proceeded <u>pro se</u> and is not an attorney, has attempted to file responses on behalf of "Area Mortgage of Maryland", an entity that is alleged to be a general partnership. Assuming that Area Mortgage is a general partnership, Defendant's counsel notes that the company's remaining general partners' interest have not been adequately represented by the Defendant. For this reason and others, the Defendant believes that the Court should modify its scheduling order and he will submit a brief on this issue shortly.

    Very truly yours,

    *[signature]*

    Andre P. Barber

Cc:    Ian A. Williams, Esq. (via facsimile & regular mail)
        Terrene C. McAndrews, Esq. (via facsimile & regular mail)
        Robert H. Hillman, Esq. (via facsimile & regular mail)
        Gerald F. Chapman, Esq. (via facsimile & regular mail)
        Mr. Lester Lovejoy (via regular mail only)