UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FIRST QUARANTY MORTGAGE CORP., :
    Plaintiff,

                                         :

v.

                                         :    CIVIL ACTION NO.: MJD-02-326

RONALD PROCOPIO, et. al.,
    Defendants                            :

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for Lester Lovejoy.

I certify that I am admitted to practice in this court.

August 26, 2003

                                              Andre P. Barber
                                              Barber & Associates, P.C.
                                              1825 I Street, NW
                                              Suite 400
                                              Washington, DC 20006
                                              (202) 479-0325
                                              (202) 479-0326 facsimile

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FIRST QUARANTY MORTGAGE CORP., :
    Plaintiff,

                          :

v.

                          :   CIVIL ACTION NO.: MJD-02-326

RONALD PROCOPIO, et. al.,
    Defendants                 :

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of August, 2003, a copy of the foregoing was mailed to the following parties: (1) Gerald F. Chapman, 6917 Arlington Road, Suite 350, Bethesda Maryland 20814; (2) Robert H. Hillman, Magazine & Hillman PC, 416 Hungerford Drive, Suite 435, Rockville MD 20850, (3) Terrence C. McAndrews, Law Offices of Terrence McAndrews, 2000 Century Plaza, 10632 Little Patuxent Pkwy, Suite 446, Columbia MD 21044; and (4) Ian A. Williams, 717 D Street NW, Suite 400, Washington, DC 20004.

                                                              Andre P. Barber