IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| **FIRST GUARANTY MORTGAGE CORP.** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. MJG 02-326 (consolidated with MJG-01-1430) |
| **RONALD PROCOPIO, et al.** | : | |
| | : | |
| Defendants. | : | |

NOTICE OF FILING OF LENGTHY EXHIBIT

Please take notice that Plaintiff's Motion for Summary Judgment as to Defendants Ronald Procopio, Margaret Procopio, Area Mortgage of Maryland, Lester Lovejoy, Robert Chasteen, and Rock Creek Associates, Inc., the supporting Affidavits of David Neal, Robert Peterbark, and Demeta Peterbark, Plaintiff's Exhibit Nos. 1-73, an Interest Worksheet, and a proposed Order which is being filed this 8th day of September, 2003 in the captioned matter, exists only in paper format and is 15 pages or longer. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

| | |
|---|---|
| September 8, 2003 | /s/ Gerald F. Chapman |
| *Date* | *Signature* |
| | Gerald F. Chapman        10460 |
| | *Printed Name*        *Bar Number* |
| | 6917 Arlington Road, Suite 350 |
| | *Street Address* |

        *Bethesda, MD 20814*
        *City/State/Zip*

        *(301) 652-3900*  *(301) 652-3023*
        *Phone No.*    *Fax No.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __8th__ day of __September__, 2003, a true and correct copy of the above and foregoing was sent by first class mail, postage pre-paid, to:

| | |
|---|---|
| Ian A. Williams, Esq.<br>717 D Street, N.W., Suite 400<br>Washington, DC 20004 | Andre P. Barber, Esq.<br>Barber & Associates, P.C.<br>1825 I Street, N.W., Suite 400<br>Washington, DC 20006 |
| Robert H. Hillman, Esq.<br>416 Hungerford Drive, #435<br>Rockville, MD 20850 | Area Mortgage of Maryland<br>4305 29th Street<br>Mt. Ranier, MD 20712 |
| Mr. Andre Green<br>701 Carnoustie Lane<br>Fort Washington, MD 20744 | Terrence C. McAndrews, Esq.<br>2000 Century Plaza<br>10632 Little Patuxent Parkway, Suite 446,<br>Columbia, MD 21044 |

        /s/ Gerald F. Chapman
        GERALD F. CHAPMAN