IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FIRST GUARANTY MORTGAGE CORP.,  :
      Plaintiff,

                                 :      CIVIL ACTION NO.: MJD-02-326

v.

                                 :

RONALD PROCOPIO, et. al.,
      Defendants              :

### DEFENDANT LOVEYJOY'S MOTION FOR AN EXTENSION OF TIME FOR FILING DISPOSITIVE MOTIONS

**COMES NOW** Defendant Lester H. Lovejoy ("Lovejoy"), by counsel, and moves for a modification of the scheduling order entered by the Court on approximately November 2, 2002. On September 8, 2003, Lovejoy filed his Motion to File an Answer to the First Amended Complaint and for a Modification of the Scheduling Order ("Discovery Motion"). Among other things, that motion requests that the Court extend discovery for an additional ninety days ("Proposed Discovery Deadline"). Lovejoy hereby further moves that the Court extend the time for filing dispositive motions until twenty one (21) days after the expiration of the Proposed Discovery Deadline.[1]

---

[1] The Procopios, Rock Creek Associates, Inc., and Chasteen, have indicated that they either consent to or do not oppose Lovejoy's request for an extension. Plaintiff has indicated that he opposes the extension request. Counsel's efforts to reach the remaining parties were not successful.

In support of this motion, Lovejoy relies on the points and authorities submitted in his Discovery Motion.

> Respectfully submitted,
>
> *[signature: Andre Barber]*
>
> Andre P. Barber
> BARBER & ASSOCIATES, P.C.
> 1825 I Street, NW, Suite 400
> Washington, D.C. 20024
> (202) 479-0325
> (202) 479-0326 facsimile

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FIRST QUARANTY MORTGAGE CORP., :
      Plaintiff,

                              :

v.

                              :   CIVIL ACTION NO.: MJD-02-326

RONALD PROCOPIO, et. al.,
      Defendants               :

_____

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on this 8th day of September, 2003, a copy of the foregoing motion to extend the time for filing dispositive motions was mailed to the following parties via U.S. mail, postage prepaid to file answer to the amended complaint and for modification of scheduling order, and Lovejoy's: (1) Gerald F. Chapman, 6917 Arlington Road, Suite 350, Bethesda Maryland 20814; (2) Robert H. Hillman, Magazine & Hillman PC, 416 Hungerford Drive, Suite 435, Rockville MD 20850, (3) Terrence C. McAndrews, Law Offices of Terrence McAndrews, 2000 Century Plaza, 10632 Little Patuxent Pkwy, Suite 446, Columbia MD 21044; and (4) Ian A. Williams, 717 D Street NW, Suite 400, Washington, DC 20004.

                                                              Andre P. Barber