IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003

| | |
|---|---|
| FIRST GUARANTY MORTGAGE CORP. | * |
| PLAINTIFF | * |
| | BY_____DEPUTY |
| v. | * CIVIL ACTION NO. MJG 02-326 |
| | (consolidated with MJG-01-1430) |
| RONALD PROCOPIO, et al. | * |
| DEFENDANTS | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE A RESPONSIVE PLEADING

Defendant, Robert Chasteen, through his undersigned attorney, moves pursuant to the Federal Rules of Civil Procedure for leave to file a responsive pleading to the Plaintiff's First Amended Complaint and says:

That Plaintiff filed a First Amended Complaint on or about November 7, 2002.

2. That Defendant Chasteen filed a Motion to Dismiss on or about September 5, 2002 in response to the Plaintiff's original complaint.

3. That the Defendant admits that he did not file a responsive pleading to the Plaintiff's First Amended Complaint pursuant to Federal Rules of Civil Procedure R.8, in a timely fashion.

4. That Plaintiff, First Guaranty Mortgage Corporation, propounded a request for admissions on Defendant Robert Chasteen on or about August 8, 2003 and that the request for admissions fairly tracks the Defendant's First Amended Complaint and requests that the Defendant admit to the facts giving rise to the cause of action in the above captioned matter.

5. That Defendant Chasteen timely responded the request for admissions and denied all allegations of wrongdoing, fraud, conspiracy and knowledge of false or misleading information.

6. That the Defendant's proposed Answer to the First Amended Complaint fairly tracks the previously filed responses to the request for admissions propounded by the Plaintiff.

7. That the Defendant's answer to the Plaintiff's First Amended Complaint raises no new issues or defenses and would not prejudice any party.

8. That there is a general policy embodied in Federal Rules favoring resolution of cases on their merits, and that leave to amend should be freely given. <u>Jimmy P. Davis, Executor v. Piper Aircraft Corporation</u>, 615 F.2d 606 (4th Circuit 1980)

9. That an absence of prejudice, though not alone determinative, will normally warrant granting leave to amend. <u>Wall v. Chesapeake & Ohio Railway</u> 339 F.2d 434 (4th Cir. 1964). (Interpreting Fed.R.Civ.P.15)

WHEREFORE, for the reasons stated above, Defendant, Robert Chasteen, respectfully requests that his Motion for Leave to File a Responsive Pleading to the Plaintiff's First Amended Complaint be granted.

Respectfully submitted

_____
Terrence C. McAndrew
2000 Century Plaza
10632 Little Patuxent Parkway
Suite 420
Columbia, MD 21044
410-772-9696
Attorney for Defendant

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10 day of September, 2003, a true and correct copy of the above and foregoing was sent by first class mail, postage pre-paid to:

Ian A. Williams, Esquire
717 D Street, N.W., Suite 400
Washington, DC 20004

Mr. Lester H. Lovejoy
Area Mortgage of Maryland
4305 29th Street
Mt. Rainer, MD 20712

Andre Barber, Esquire
1825 I Street, NW
Suite 400
Washington, DC 20006

Robert H. Hillman, Esquire
416 Hungerford Drive
#435
Rockville, MD 20850

Mr. Andre Green
701 Carnoustie Lane
Fort Washington, MD 20744

Gerald F. Chapman, Esquire
6917 Arlington Road
Suite 350
Bethesda, MD 20814

Terrence C. McAndrews