IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FIRST GUARANTY MORTGAGE CORP.         *

    PLAINTIFF                              *

v.                                                    * CIVIL ACTION NO. MJG 02-326
                                                              (consolidated with MJG-01-1430)
RONALD PROCOPIO, et al.                *

    DEFENDANTS                            *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Upon consideration of the Defendant's Motion for Leave to File Responsive Pleading to Defendant's First Amended Complaint, for good cause shown therein, it is this

_____ day of _____, 2003,

**ORDERED** that the Defendant's Motion for Leave to File Responsive Pleading to Defendant's First Amended Complaint is granted.

_____
Judge