# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                        Reply to Northern Division Address

September 11, 2003

**Terrence C McAndrews**
Law Offices of Terrence McAndrews
2000 Century Plz
10632 Little Patuxent Pkwy Ste 446
Columbia, MD 21044

                              Re:    Case No. MJG-02-326

Dear Counsel/Party:

        Your Motion for Leave to File a Responsive Pleading and Answer to Amended Complaint was received in paper format on September 11, 2003.

    [X]    The document should have been filed electronically.  It has been scanned and filed electronically by court staff.

    [  ]    You did not include a PDF version of the document on a diskette or CD.  The document has been scanned and filed electronically by court staff.

All further filings in this case <u>must</u> be made in accordance with the policies and procedures of this Court on electronic filing.  Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.

        If you are not a registered CM/ECF user, you should immediately register.  Registration is available on-line on the Court's web site.

        Please be advised that any future filings which are not made electronically may be returned to you.

                              Very truly yours,


                              _____/s/_____
                              Holly M. Lee
                              for
                              Felicia C. Cannon, Clerk


cc:    Other counsel/party

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**

U.S. District Court (Rev. 7/9/2003) - Warning letter