UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

September 11, 2003

Gerald F. Chapman, Esquire
6917 Arlington Rd Ste 350
Bethesda, MD 20814

Ian A Williams, Esquire
717 D St NW Ste 400
Washington, DC 20004

Andre Barber, Esquire
800 Fourth St SW Ste 714N
Washington, DC 20024

Terrence C McAndrews, Esquire
2000 Century Plz
10632 Little Patuxent Pkwy Ste 446
Columbia, MD 21044

Robert H Hillman, Esquire
Magazine and Hillman PC
416 Hungerford Dr Ste 435
Rockville, MD 20850

Re:   First Guaranty Mortgage Corp. v. Procopio, et al.
      Civil Action No. MJG-02-326

Dear Counsel:

Judge Garbis has referred this matter to Magistrate Judge Day to conduct a settlement conference. In order to facilitate scheduling the conference I have listed several dates and times currently available on Judge Day's calendar. It is essential that the parties, or in the case of a corporation or partnership, an officer or other representative with complete authority to enter into a binding settlement, be present in person. Attendance by the attorney for a party is not sufficient.

| AVAILABLE DATE | CONFERENCE TO BEGIN AT: |
| --- | --- |
| Friday, October 3, 2003 | 2:30 p.m. |
| Wednesday October 8, 2003 | 9:30 a.m. |
| Thursday, October 23, 2003 | 10:00 a.m. |

Please advise me of your availability at your earliest convenience.

Very truly yours,
/s/
Barbara Barry
Assistant to Judge Day