IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FIRST GUARANTY MORTGAGE CORP. | * |
|    PLAINTIFF | * |
| v. | *   CIVIL ACTION NO. MJG 02-326 |
| RONALD PROCOPIO, et al. | * |
|    DEFENDANTS | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Plaintiff's Motion for Summary Judgment and the Defendant's opposition thereto, for good cause shown therein, it is this _____ day of _____, 2003,

**ORDERED** that the Plaintiff's Motion for Summary Judgment as to Defendant Robert Chasteen is hereby DENIED.

_____
Judge