IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FIRST GUARANTY MORTGAGE CORP. | * | |
| PLAINTIFF | * | |
| v. | * | CIVIL ACTION NO. MJG 02-326 |
| RONALD PROCOPIO, et al. | * | |
| DEFENDANTS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of September, 2003, a true and correct copy of the foregoing, which was electronically filed in this case on September 19, 2003, was mailed by first class mail, postage pre-paid to:

Ian A. Williams, Esquire
717 D Street, N.W., Suite 400
Washington, DC  20004

Mr. Lester H. Lovejoy
Area Mortgage of Maryland
4305 29th Street
Mt. Rainer, MD  20712

Andre Barber, Esquire
1825 I Street, NW
Suite 400
Washington, DC  20006

Robert H. Hillman, Esquire
416 Hungerford Drive
#435
Rockville, MD  20850

Mr. Andre Green
701 Carnoustie Lane
Fort Washington, MD  20744

Gerald F. Chapman, Esquire
6917 Arlington Road
Suite 350
Bethesda, MD 20814

_____
Terrence C. McAndrews            006972
10632 Little Patuxent Pkwy., Ste. 420
Columbia, MD  21044
Phone: 410-772-9696
Fax: 410-772-3969