IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FIRST GUARANTY MORTGAGE CORP.    *

    PLAINTIFF    *

v.    *    CIVIL ACTION NO. MJG 02-326

RONALD PROCOPIO, et al.    *

    DEFENDANTS    *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF FILING OF LENGTHY EXHIBIT**

Exhibits 1 through 8, which is an attachment to the Defendant's Response to Plaintiff's Motion for Summary Judgment  exists only in paper format and is 15 pages or longer.  It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

_____
*Date*

_____
*Signature*

Terrence C. McAndrews    006972
*Printed Name*    *Bar Number*

10632 Little Patuxent Pkwy., Ste. 420
*Street Address*

Columbia, MD  21044
*City/State/Zip*

410-772-9696    410-772-3969
*Phone No.*    *Fax No.*