# AREA MORTGAGE OF MARYLAND

9470 ANNAPOLIS ROAD, SUITE 212
LANHAM, MD. 20706

## FAX COVER SHEET

### LESTER H. LOVEJOY

PHONE (301) 306-1293          FAX (301) 306-0548

TO: _Gerald Chapman_          ATTN: _____

FAX # _(301) 652-3023_          DATE: _Dec. 2nd 2002_

FROM: _Les Lovejoy_          TIME: _12:40_

SUBJECT: _Interrogatories_

PAGES: _____

COMMENTS: _Answers to Interrogatories_

_My attorney is Bruce A. Johnson Jr._
_(301) 860-1505_

**EXHIBIT**

_A_