IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| **FIRST GUARANTY MORTGAGE CORP.** : | |
| Plaintiff, : | |
| v. : | Civil Action No. MJG 02-326 |
| **RONALD PROCOPIO, et al.** : | (consolidated with MJG-01-1430) |
| Defendants. : | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT LOVEJOY'S
MOTION FOR AN EXTENSION OF TIME FOR
FILING DISPOSITIVE MOTIONS**

COMES NOW Plaintiff First Guaranty Mortgage Corporation, by and through its undersigned counsel, and hereby opposes Defendant Lovejoy's Motion for an Extension of Time For Filing Dispositive Motions (the "Dispositive Motions Extension"), and as and for its cause Plaintiff refers to and incorporates herein its Opposition to Defendant Lovejoy's Motion to File Answer to First Amended Complaint and for A Modification of the Scheduling Order.

WHEREFORE, Plaintiff respectfully requests that the Dispositive Motion Extension be denied, and for such other and further relief as the cause of justice may require.

          Respectfully submitted,

          /s/ Gerald F. Chapman
          Gerald F. Chapman #10460
          6917 Arlington Road, Suite 350
          Bethesda, MD 20814
          (301) 652-3900

          Attorney for Plaintiff First Guaranty
          Mortgage Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __23rd__ day of __September__, 2003, a true and correct copy of the above and foregoing was sent by first class mail, postage pre-paid, to:

| | |
|---|---|
| Ian A. Williams, Esq.<br>717 D Street, N.W., Suite 400<br>Washington, DC 20004 | Andre P. Barber, Esq.<br>BARBER & ASSOCIATES, P.C.<br>1825 I Street, NW, Suite 400<br>Washington, D.C. 20024 |
| Robert H. Hillman, Esq.<br>416 Hungerford Drive, #435<br>Rockville, MD 20850 | Area Mortgage of Maryland<br>c/o Mr. Lester H. Lovejoy<br>4305 29th Street<br>Mt. Ranier, MD 20712 |
| Mr. Andre Green<br>701 Carnoustie Lane<br>Fort Washington, MD 20744 | Terrence C. McAndrews, Esq.<br>2000 Century Plaza<br>10632 Little Patuxent Parkway, Suite 446, Columbia, MD 21044 |

          /s/ Gerald F. Chapman
          GERALD F. CHAPMAN