IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| **FIRST GUARANTY MORTGAGE CORP.** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. MJG 02-326 (consolidated with MJG-01-1430) |
| **RONALD PROCOPIO, et al.** | : | |
| | : | |
| Defendants. | : | |

## ORDER DENYING DISPOSITIVE MOTIONS EXTENSION

THIS COURT, having considered the Defendant Lovejoy's Motion for an Extension of Time for Filing Dispositive Motions (the "Dispositive Motions Extension"), and the opposition of Plaintiff thereto, good cause having been shown, good cause having been shown, it is this _____ day of _____, 2003, hereby

ORDERED, that the Dispositive Motions Extension is DENIED.

_____
UNITED STATE DISTRICT JUDGE

copies to:

Gerald F. Chapman, Esq.
6917 Arlington Road, Suite 350
Bethesda, MD 20814

Ian A. Williams, Esq.
717 D Street, N.W., Suite 400
Washington, DC 20004

Robert H. Hillman, Esq.
416 Hungerford Drive, #435
Rockville, MD 20850

Andre P. Barber, Esq.
Barber & Associates, P.C.
1825 I Street, N.W., Suite 400
Washington, DC 20006

Area Mortgage of Maryland
4305 29th Street
Mt. Ranier, MD 20712

Terrence C. McAndrews, Esq.
2000 Century Plaza
10632 Little Patuxent Parkway, Suite 446
Columbia, MD 21044