```
IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
                        Northern Division

First Guaranty Mortgage Corp. )    Case No. MJG 02 326
                              )    Consolidated w/ MJG 01-1430
    v.                        )
                              )
Ronald Procopio, et. al.      )
```

ANSWER OF DEFENDANTS RONALD PROCOPIO AND MARGARET PROCOPIO

Defendants Ronald and Margaret Procopio, by and through their attorney and pursuant to Fed.R.Civ.P. 8, hereby answer plaintiff's complaint as follows:

First Defense

1. The Complaint fails to state a claim upon which relief can be granted against the Procopios.

Second Defense

2. Plaintiff is barred from recovering in its breach of contract claim against the Procopios because the Procopios were not a party to any such contract with it.

Third Defense

3. Plaintiff is barred from recovering against the Procopios based on the doctrines of accord and satisfaction.

Fourth Defense

4. Plaintiff is barred from recovering against the Procopios based on the doctrines of waiver, estoppel and ratification.

Fifth Defense

5. Plaintiff's own acts and omissions bar its claims.

Sixth Defense

6. Plaintiff's claims are equitably barred by the fact that

1

it lacks clean hands to pursue the instant action.

### Seventh Defense

7. Plaintiff's claim against the Procopios is not ripe and is nonjusticiable insofar as it must exhaust its remedies against codefendant Area Mortgage before it can proceed against The Procopios.

### Eighth Defense

8. Plaintiff's fraud and conspiracy claims against the Procopios are barred as a matter of law because they fail to allege fraud or wrongdoing by them with sufficient specificity.

### Ninth Defense

9. Plaintiff's fraud and conspiracy claims against the Procopios are barred because they did not reasonably rely on any actions, omissions, statements or assurances by them.

### Tenth Defense

10. Plaintiff's fraud and conspiracy claims against the Procopios are barred because the Procopios did not make any material false misrepresentations or engage in any wrongdoing.

### Eleventh Defense

11. Plaintiff's claims are barred by the doctrines of collateral estoppel, judicial estoppel and res judicata.

### Twelfth Defense

12. The Procopios denies that the amount in controversy truly exceeds $75.000.00 and thus disputes this Court's jurisdiction.

### Thirteenth Defense

13. Plaintiff's lack of damages precludes its action.

### Fourteenth Defense

14. To the extent plaintiff Is claim is not barred by any of the aforementioned defenses, any recovery is barred completely or substantially diminished based on its failure to mitigate damages and avoid the consequences of the complained conduct.

### Fifteenth Defense

15. The Procopios respond to the specific allegations set forth in plaintiff's Complaint as follows:

1. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph one of the Complaint.

2. Admitted.

3. Admitted.

4. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph four of the Complaint.

5. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph five of the Complaint.

6. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph six of the Complaint.

7. The Procopios lacks sufficient knowledge to admit or deny the allegations contained in paragraph seven of the Complaint.

8. The Procopios lacks sufficient knowledge to admit or deny the allegations contained in paragraph eight of the Complaint.

9. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph nine of the Complaint.

10. The Procopios lack sufficient knowledge to admit or deny the allegation contained in paragraph ten of the Complaint.

11. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph eleven of the Complaint.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. Admitted.

21. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph twenty-one of the Complaint.

22. Admitted.

23. Admitted.

24. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph twenty-four of the Complaint.

25. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph twenty-five of the Complaint.

26. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph twenty-six of the Complaint.

27. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph twenty-seven of the Complaint.

28. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph eleven of the Complaint.

29. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph twenty-nine of the Complaint.

30. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph thirty of the Complaint.

31. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph thirty-one of the Complaint.

32. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph eleven of the Complaint.

33. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph thirty-three of the Complaint.

34. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph thirty-four of the Complaint.

35. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph thirty-five of the Complaint.

36. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph thirty-six of the Complaint.

37. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph thirty-seven of the Complaint.

38. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph thirty-eight of the Complaint.

39. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph thirty-nine of the Complaint.

40. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph forty of the Complaint.

41. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph forty-one of the Complaint.

42. The Procopios deny the allegations contained in paragraph forty-two of the Complaint to the extent wrongdoing by them is alleged.  The Procopios otherwise lack sufficient knowledge to respond to the allegations of other person's conduct as set forth in paragraph forty-two of the Complaint.

43. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph forty-three of the Complaint.

44. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph forty-four of the Complaint.

45. Denied.

46. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph forty-six of the Complaint.

47. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph forty-seven of the Complaint.

48. The Procopios deny the allegations contained in paragraph forty-eight of the Complaint to the extent wrongdoing by them is alleged. The Procopios otherwise lack sufficient knowledge to respond to allegations of other person's conduct as set forth in paragraph forty-eight of the Complaint.

49. Admitted.

50. Denied.

51. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph fifty-one of the Complaint, except to the extent that plaintiff demanded Area Mortgage to honor its contract, which is admitted.

52. Admitted.

53. The Procopios restate and incorporate the facts set forth in paragraphs one through fifty-two.

54. Paragraph fifty-four of the Complaint states a legal assertion that does not require a response.

55. Paragraph fifty-five of the Complaint states a legal assertion that does not require a response.

56. Denied.

57. Paragraph fifty-seven of the Complaint states a legal assertion that does not require a response.

58. The Procopios restate and incorporate the facts set forth in paragraphs one through fifty-seven.

59. The Procopios deny the allegations contained in paragraph forty-nine of the Complaint to the extent wrongdoing by them is alleged. The Procopios otherwise lack sufficient knowledge to respond to the allegations as they pertain to other persons' conduct.

60. The Procopios deny the allegations contained in paragraph forty-nine of the Complaint to the extent wrongdoing by them is alleged. The Procopios otherwise lack sufficient knowledge to respond to allegations pertaining to other persons' conduct.

61. Denied.

62. Denied.

63. The Procopios deny the allegations contained in paragraph sixty-three of the Complaint to the extent wrongdoing by them is alleged. The Procopios otherwise lack sufficient knowledge to respond to allegations pertaining to other persons' conduct.

64. The Procopios restate and incorporate the facts set forth in paragraphs one through sixty-three.

65. The Procopios deny the allegations contained in paragraph sixty-five of the Complaint to the extent wrongdoing by them is alleged. The Procopios otherwise lack sufficient knowledge to respond to allegations pertaining to other persons' conduct.

66. The Procopios deny the allegations contained in paragraph sixty-six of the Complaint to the extent wrongdoing by them is alleged. The Procopios otherwise lack sufficient knowledge to respond to allegations pertaining to other persons' conduct.

67. Denied.

68. The Procopios deny the allegations contained in paragraph sixty-eight of the Complaint to the extent wrongdoing by them is alleged. The Procopios otherwise lack sufficient knowledge to respond to allegations pertaining to other persons' conduct.

69. The Procopios restate and incorporate the facts set forth in paragraphs one through sixty-eight.

70. Denied.

71. The Procopios deny the allegations contained in paragraph seventy-one of the Complaint to the extent wrongdoing by them is alleged. The Procopios otherwise lack sufficient knowledge to respond to allegations pertaining to other persons' conduct.

72. Denied.

73. The Procopios lack sufficient knowledge to admit or deny the allegations contained in paragraph seventy-three of the Complaint.

74. The Procopios deny the allegations contained in paragraph seventy-four of the Complaint to the extent wrongdoing by them is alleged. The Procopios otherwise lack sufficient knowledge to respond to allegations pertaining to other persons' conduct.

75. The Procopios deny the allegations contained in paragraph seventy-five of the Complaint to the extent wrongdoing by them is alleged. The Procopios otherwise lack sufficient knowledge to respond to allegations pertaining to other persons' conduct.

76. The Procopios deny the allegations contained in paragraph seventy-six of the Complaint to the extent wrongdoing by them is alleged. The Procopios otherwise lack sufficient knowledge to respond to allegations pertaining to other persons' conduct.

77. Denied.

78. The Procopios restate and incorporate the facts set forth in paragraphs one through seventy-seven.

79. The Procopios deny the allegations contained in paragraph seventy-nine of the Complaint to the extent wrongdoing by them is alleged. The Procopios otherwise lack sufficient knowledge to respond to allegations pertaining to other persons' conduct.

80. The Procopios deny the allegations contained in paragraph eighty of the Complaint to the extent wrongdoing by them is alleged. The Procopios otherwise lack sufficient knowledge to respond to allegations pertaining to other persons' conduct.

81. The Procopios deny the allegations contained in paragraph eighty-one of the Complaint to the extent wrongdoing by them is alleged. The Procopios otherwise lack sufficient knowledge to respond to allegations pertaining to other persons' conduct.

82. The Procopios deny the allegations contained in paragraph eighty-two of the Complaint to the extent wrongdoing by them is alleged. The Procopios otherwise lack sufficient knowledge to respond to allegations pertaining to other persons' conduct.

83. The Procopios deny the allegations contained in paragraph eighty-three of the Complaint to the extent wrongdoing by them is alleged. The Procopios otherwise lack sufficient knowledge to respond to allegations pertaining to other persons' conduct.

84. The Procopios deny the allegations contained in paragraph eighty-four of the Complaint to the extent wrongdoing by them is alleged. The Procopios otherwise lack sufficient

knowledge to respond to allegations pertaining to other persons' conduct.

85. Denied.

WHEREFORE, having fully answered the Complaint, plaintiffs Ronald and Margaret Procopio respectfully request that the Court dismiss the Complaint against them and award them all further appropriate relief, including but not limited to attorneys' fees and costs incurred in defending this action.

Respectfully Submitted,

_____/s/_____
Ian A. Williams #13631
717 D Street, N.W.
Suite 400
Washington, D.C. 20004
(202) 842-2700

(Attorney for defendants
 Ron & Margaret Procopio)

Jury Demand
The Procopios hereby demand a jury trial as to all factual issues.

_____
Ian A. Williams

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing was served via first-class mail, postage prepaid on the <u>24th</u> day of September, 2003 on the following individuals:

Gerald F. Chapman, Esquire
6917 Arlington Road
Suite 350
Bethesda, MD 20814

Robert M. Hillman, Esquire
416 Hungerford Drive
Suite 435
Rockville, MD 20850

Andre Barber, Esquire
1825 Eye Street, N.W.
Suite 400
Washington, D.C. 20006

Terrence C. McAndrews, Esquire
10632 Little Patuxent Parkway
Suite 446
Columbia, MD 21044

                                              _____
                                              Ian A. Williams