IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FIRST GUARANTY MORTGAGE CORP.,  :
    Plaintiff,

                                      :    CIVIL ACTION NO.: MJD-02-326

v.

RONALD PROCOPIO, et. al.,  :
    Defendants  :

### DEFENDANT LOVEYJOY'S
### MOTION TO STRIKE AFFIDAVITS

    Defendant Lester H. Lovejoy ("Lovejoy"), by counsel, hereby moves to strike certain portions of the following affidavits submitted by First Guaranty in support of its motion for summary judgment. With respect to the identical affidavits of Robert and Demeta Peterbark, Lovejoy requests that paragraph 5 of the affidavits be stricken to the extent that they state that Lovejoy supervised the Defendant Chasteen. The affiants fail to set forth such facts as would be admissible in evidence to affirmatively show that they are competent to testify regarding the assertion. Furthermore, Lovejoy moves to strike the affiants' statements that the Defendant Area Mortgage "acted through Lovejoy" for the same reason – the statements are conclusory and lack an adequate foundation.

    With respect to the affidavit of David Neal, Lovejoy moves that paragraph 26 be stricken. The paragraph is conclusory and lacks a foundation to show the affiant's personal knowledge of the facts stated therein. Lovejoy also moves that paragraph 47 be stricken on the ground that the affiant fails to specifically set forth facts necessary to establish that he is an expert in

the mortgage lending business.

## LEGAL ARGUMENT AND CITATION OF AUTHORITY

In support of this motion, Lovejoy relies on Federal Rule of Civil Procedure 56(e), which provides, in pertinent part, as follows:

> "Supporting and opposing affidavits shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to the matters states therein...."

Respectfully submitted,

Andre P. Barber
Barber & Associates, P.C.
1825 I Street, NW, Suite 400
Washington, D.C. 20006

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of September, 2003, a copy of the foregoing motion was mailed to the following parties via U.S mail, postage prepaid: (1) Gerald F. Chapman, 6917 Arlington Road, Suite 350, Bethesda Maryland 20814; (2) Robert H. Hillman, Magazine & Hillman PC, 416 Hungerford Drive, Suite 435, Rockville MD 20850, (3) Terrence C. McAndrews, Law Offices of Terrence McAndrews, 2000 Century Plaza, 10632 Little Patuxent Pkwy, Suite 446, Columbia MD 21044; and (4) Ian A. Williams, 717 D Street NW, Suite 400, Washington, DC 20004.

Andre P. Barber

2