IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FIRST GUARANTY MORTGAGE CORP., :
    Plaintiff,

                                           :     CIVIL ACTION NO.: MJD-02-326

v.

RONALD PROCOPIO, et. al., :
    Defendants               :

## DEFENDANT LOVEYJOY'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Lester H. Lovejoy ("Lovejoy"), by counsel, hereby moves for summary judgment with respect to Plaintiff's breach of contract claim. In support of this motion, Lovejoy submits the attached affidavit.

Respectfully submitted,

*[signature]*

Andre P. Barber
Barber & Associates, P.C.
1825 I Street, NW, Suite 400
Washington, D.C. 20006

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of September, 2003, a copy of the foregoing motion was mailed to the following parties via U.S. mail, postage prepaid: (1) Gerald F. Chapman, 6917 Arlington Road, Suite 350, Bethesda Maryland 20814; (2) Robert H. Hillman, Magazine & Hillman PC, 416 Hungerford Drive, Suite 435, Rockville MD 20850, (3) Terrence C. McAndrews, Law Offices of Terrence McAndrews, 2000 Century Plaza, 10632 Little Patuxent Pkwy, Suite 446, Columbia MD 21044; and (4) Ian A. Williams, 717 D Street NW, Suite 400, Washington, DC 20004.

_____
Andre P. Barber

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FIRST GUARANTY MORTGAGE CORP.,  :
       Plaintiff,

                              : CIVIL ACTION NO.: MJD-02-326
v.

RONALD PROCOPIO, et. al.,  :
       Defendants  :

### DEFENDANT LOVEJOY'S AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

BEFORE ME, the undersigned officer duly authorized to administer oath, personally appeared Lester H. Lovejoy, who, being first duly sworn, deposes and states under oath as follows:

1.

My name is Lester H. Lovejoy. I am named as a defendant in the above styled civil action. I am over eighteen (18) years of age and I am competent to testify as to the facts contained herein, which are true and based on my personal knowledge. Each of the attached exhibits constitutes a part of this affidavit and are true and correct copies of the original documents.

2.

I am a founder and owner of Area Mortgage of Maryland, L.L.C., a Maryland limited liability company. The company operates a mortgage brokerage business located in Lanham, Maryland. A true and correct copy of the company's good standing certificate and Articles of Organization are attached to this affidavit as Exhibit A. The company does not presently operate as a general partnership and has not operated as a general partnership in the past.

3.

Prior to retaining counsel in this case, I did not understand the technical distinctions between a general partnership and a limited liability company. However, I do not

own any interest in the Maryland general partnership referred to in the complaint as "Area Mortgage of Maryland" and to the best of my knowledge no such entity exists.

4.

I have not personally entered into any contract or agreement with the Plaintiff, First Guaranty Mortgage Corporation. Moreover, I have not entered into any contracts with the Plaintiff on behalf of any general partnership.

5.

I do not have any personal interest in the loan transaction that was allegedly made to Robert L. Peterbark and Demeta Peterbark. I did not submit to Plaintiff any of the documents referenced in Plaintiff's complaint which allegedly contained false or misleading statements. Moreover, at the time that the documents were submitted to the Plaintiff, I did not have know that the documents contained false or misleading statements. Nor did I aver warrant or represent to Plaintiff that the documents contained true statements. Furthermore, during all times referenced in the complaint and thereafter, I have not entered into an agreement with any person or entity to create or assist in the creation of false documents that were to be submitted to the Plaintiff.

6.

During all time periods relevant to the complaint and thereafter, I have not participated with any of the defendants in any business or criminal enterprise. I have not entered into any agreement with any of the defendants to commit any crime or to otherwise harm, defraud, trick, or mislead Plaintiff in any manner.

_____
LESTER H. LOVEJOY

Sworn to and subscribed before me this 5 day of September, 2003, in Prince Georges County, Maryland.

_____ / My commission expires on _____
Notary Public

BARBARA L. BROTHERTON
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires July 17, 2004

2

# STATE OF MARYLAND
## Department of Assessments and Taxation

I, PAUL ANDERSON OF THE STATE DEPARTMENT OF ASSESSMENTS AND TAXATION OF THE STATE OF MARYLAND, DO HEREBY CERTIFY THAT THE DEPARTMENT, BY LAWS OF THE STATE, IS THE CUSTODIAN OF THE RECORDS OF THIS STATE RELATING TO LIMITED LIABILITY COMPANIES OR THE RIGHTS OF LIMITED LIABILITY COMPANIES TO TRANSACT BUSINESS IN THIS STATE, AND THAT I AM THE PROPER OFFICER TO EXECUTE THIS CERTIFICATE.

I FURTHER CERTIFY THAT AREA MORTGAGE OF MARYLAND, L.L.C. IS A LIMITED LIABILITY COMPANY EXISTING UNDER AND BY VIRTUE OF THE LAWS OF THE STATE OF MARYLAND, AND THAT THE LIMITED LIABILITY COMPANY IS AT THE TIME OF THIS CERTIFICATE IN GOOD STANDING TO TRANSACT BUSINESS.

IN WITNESS WHEREOF, I HAVE HEREUNTO SUBSCRIBED MY SIGNATURE AND AFFIXED THE SEAL OF THE STATE DEPARTMENT OF ASSESSMENTS AND TAXATION OF MARYLAND AT BALTIMORE ON THIS AUGUST 21, 2003.

Paul B. Anderson
Charter Division



301 West Preston Street, Baltimore, Maryland 21201
Telephone Balto. Metro (410) 767-1340 / Outside Balto. Metro (888) 246-5941   0002493245
MRS (Maryland Relay Service) (800) 735-2258 TT/Voice
Fax (410) 333-7097

12/02/99   10:35

AREA MORTGAGE OF MARYLAND, L.L.C.
(A Maryland Limited Liability Company)

ARTICLES OF ORGANIZATION 12/2/99 at 10:35a

THIS IS TO CERTIFY:

FIRST: The undersigned THOMAS J. SCHETELICH, whose post office address is 1401 Bank of America Center, 100 South Charles Street, Baltimore, Maryland 21201, being at least eighteen (18) years of age, hereby forms a Limited Liability Company, organized under Title 4A of the Corporations and Associations Article of the Annotated Code of Maryland.

SECOND: The name of the Limited Liability Company (which is hereafter called the "Company") is:

AREA MORTGAGE OF MARYLAND, L.L.C.

THIRD: The Company shall be a limited liability company as authorized by Title 4A, the Limited Liability Company Act, of the Corporations and Associations Article of the Annotated Code of Maryland, as amended.

FOURTH: The purposes for which the Company is formed are:

1. To engage in the business of brokering mortgage loans; and

---

STATE OF MARYLAND

I hereby certify that this is a true and complete copy of the document on file in this office. DATED: 8-21-03
STATE DEPARTMENT OF ASSESSMENTS AND TAXATION
BY: _____, Custodian
This stamp replaces our previous certification system. Effective: 6/95

2. To do anything permitted by § 4A-203 of the Corporation and Associations Article of the Annotated Code of Maryland, as amended from time to time.

**FIFTH:** The post office address of the principal office of the Company in this State is 9470 Annapolis Road, Lanham, MD 20706.

**SIXTH:** The name and post office address of the Resident Agent of the Company in this State is Les Lovejoy, 9470 Annapolis Road, Lanham, MD 20706. The Resident Agent is an individual actually residing in this State.

**SEVENTH:** The latest date on which the Company may exist is January 1, 2013.

**EIGHTH:** The authority of members to act for the Company solely by virtue of their being members is limited. No member of the Company is an agent of the Company solely by virtue of being a member and no member has authority to act for the Company solely by virtue of being a member. Each person dealing with a member is presumed to have knowledge that the member has no authority to act for the Company solely by virtue of being a member.

**NINTH:** The names and addresses of the original members of the Company are: Les Lovejoy, 9470 Annapolis Road, Lanham, MD 20706; Bob Hall, 9470 Annapolis Road, Lanham, MD 20706; Tory Laperson, 9470 Annapolis Road, Lanham, MD 20706.

12/22/99   18:35

DEC-02-99 10:45 AM  NUMAX-MORTGAGE         4103865124                NO.042

_____                    _____
Witness                                       Thomas J. Schetelich

I HEREBY CONSENT TO ACT AS RESIDENT AGENT IN MARYLAND FOR THE
ENTITY NAMED IN THE ATTACHED INSTRUMENT.

Lee Loveley                                  _____
                                              Signature

STATE OF MARYLAND, CITY OF BALTIMORE, TO WIT:

On this 24th day of November, 1999, before me, a Notary Public of the State of Maryland, the undersigned officer, personally appeared THOMAS J. SCHETELICH, known to me to be the person whose name is subscribed to the above instrument and he acknowledged the same for the purpose therein contained. In witness whereof, I have hereunto set my hand and official seal.

                                              _____
                                              NOTARY PUBLIC

                                              Maureen E. Tross
                                              Notary Public of the State of Maryland
My Commission expires:                        Commission Expires 3-11-03