UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

September 30, 2003

Gerald F. Chapman, Esquire
6917 Arlington Rd Ste 350
Bethesda, MD 20814

Ian A Williams, Esquire
717 D St NW Ste 400
Washington, DC 20004

Andre Barber, Esquire
800 Fourth St SW Ste 714N
Washington, DC 20024

Terrence C McAndrews, Esquire
2000 Century Plz
10632 Little Patuxent Pkwy Ste 446
Columbia, MD 21044

Robert H Hillman, Esquire
Magazine and Hillman PC
416 Hungerford Dr Ste 435
Rockville, MD 20850

Re:  First Guaranty Mortgage Corp. v. Procopio, et al.
     Civil Action No. MJG-02-326

Dear Counsel:

   Due to a conflict in scheduling, a new date must be chosen for the settlement conference in the above-captioned matter. I apologize for any inconvenience, please let me know your availability on the dates listed below:

| AVAILABLE DATE | CONFERENCE TO BEGIN AT: |
| --- | --- |
| Tuesday, October 21, 2003 | 2:30 p.m. |
| Wednesday, November 3, 2003 | 9:30 a.m. or 2:30 p.m. |
| Thursday, November 13, 2003 | 2:30 p.m. |

   Thank you in advance for your cooperation.

Very truly yours,
/s/
Barbara Barry
Assistant to Judge Day