IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

FIRST GUARANTY MORTGAGE CORPORATION:

    Plaintiff                     :

    vs.                            :   CASE No. MJG-02-326

RONALD PROCOPIO, et al   :  (Consolidated. MJG 01-1430)

    Defendants                :

**DEFENDANT ROCK CREEK ASSOCIATES MOTION
TO REASSERT MOTION TO DISMISS PREVIOUSLY FILED**

Defendant Rock Creek Associates, though its undersigned attorney, Robert H. Hillman and Magazine & Hillman, PC, and Reasserts its Motion To Dismiss previously filed or in the alternative for summary judgment relative to the facts pled by the Plaintiff and other Defendants in this matter, re-adopting same and praying that same be reconsidered at this time, as was provided for in the Court's prior Order.

                                    Respectfully Submitted:
                                    MAGAZINE & HILLMAN, PC

                                    _____/s/_____
                                    Robert H. Hillman, Fed. Bar 06910
                                    416 Hungerford Drive, #435
                                    Rockville, MD 20850
                                    Attorney for Defendant, Rock Creek Associates, Inc.
                                        301-340-8300
                                        Fax 301-251-9632

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 1, 2003, I mailed by first class mail, postage prepaid, a copy of the foregoing to:

Gerald R. Chapman, Esquire
6917 Arlington Road, Suite 350
Bethesda, MD 20814
Attorney for Plaintiff,

Andre P. Barber, Esquire
Barber & Associates, PC
1825 I Street, NW
Suite 400
Washington, DC 20006
Attorney for Lester A. Lovejoy

Terrence C. McAndrews, Esquire
2000 Century Plaza
10632 Patuxent Pkway. Ste 446
Columbia, MD 21044
Attorney for Robert Chasteen

Ian A. Williams, Esquire
717 D Street, NW
Suite 400
Washington, DC 20004
Attorney for Procopio

Andre Green
701 Carnoustie Lane
Landover, MD 20744
Defendant

                                                    /s/
                              Robert H. Hillman, Fed. Bar 06910