**Maryland Department of Assessments and Taxation**

**Taxpayer Services Division**
301 West Preston Street  Baltimore, Maryland 21201

**Main Menu** | **Security Interest Filings (UCC)** | **Business Entity Information (Charter/Personal Property)**  **New Search** | **Get Forms** | **Certificate of Status** | **SDAT Home**

**Taxpayer Services Division**

**Entity Name: ROCK CREEK ASSOCIATES, INC.**
**Dept. ID #: D03780251**

| General Information | Amendments | Personal Property | Certificate of Status |

**Principal Office (Current):**
12300 TWINBROOK PARKWAY, STE. 220
ROCKVILLE, MD   20852

**Resident Agent (Current):**
NANCY L GUSMAN
1705 CODY DR
SILVER SPRING, MD   20901

**Status:** FORFEITED
**Good Standing:** No
**Business Code:** Ordinary Business - Stock
**Date of Formation or Registration:** 12/03/1993
**State of Formation:** MD
**Stock/Nonstock:** Stock
**Close/Not Close:** Close

**Link Definition**

| | |
|---|---|
| **General Information** | General information about this entity |
| **Amendments** | Original and subsequent documents filed |
| **Personal Property** | Personal Property Return Filing Information and Personal Property Assessments |
| **Certificate of Status** | Get a Certificate of Good Standing for this entity. |