UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

October 14, 2003

Gerald F. Chapman, Esquire
6917 Arlington Rd Ste 350
Bethesda, MD 20814

Ian A Williams, Esquire
717 D St NW Ste 400
Washington, DC 20004

Andre Barber, Esquire
800 Fourth St SW Ste 714N
Washington, DC 20024

Terrence C McAndrews, Esquire
2000 Century Plz
10632 Little Patuxent Pkwy Ste 446
Columbia, MD 21044

Robert H Hillman, Esquire
Magazine and Hillman PC
416 Hungerford Dr Ste 435
Rockville, MD 20850

Re:   First Guaranty Mortgage Corp. v. Procopio, et al.
      Civil Action No. MJG-02-326

Dear Counsel:

We have had no success in finding a mutually agreeable date to hold the settlement conference in the above-captioned matter. I offer the following dates for your consideration. If you are not available on one of these dates I ask that you contact the other parties, arrange a telephone conference, and call me as a group to see what arrangements can be made to schedule this matter.

| AVAILABLE DATE | CONFERENCE TO BEGIN AT: |
| --- | --- |
| Monday, November 17, 2003 | 9:30 a.m.* |
| Tuesday, November 18, 2003 | 9:30 a.m.* |
| Thursday, November 20, 2003 | 9:30 a.m.* |
| Tuesday, November 25, 2003 | 9:30 a.m. |

Thank you in advance for your cooperation.

Very truly yours,
/s/
Barbara Barry
Assistant to Judge Day

* Dates marked indicate that Judge Day will be on Routine Criminal Duty. If a criminal matter arises

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

that needs his attention, it will be necessary for him to step out of the conference briefly.