IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| **FIRST GUARANTY MORTGAGE CORP.** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. MJG 02-326 (consolidated with MJG-01-1430) |
| **RONALD PROCOPIO, et al.** | : | |
| | : | |
| Defendants. | | |
| | : | |

PLAINTIFF'S OPPOSITION TO DEFENDANT LOVEJOY'S
MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW Plaintiff First Guaranty Mortgage Corporation, by and through its undersigned counsel, and hereby opposes Defendant Lovejoy's Motion for Partial Summary Judgment ("Lovejoy's Motion"), and as and for its cause Plaintiff states as follows:

Lovejoy's Motion does not indicate or otherwise specify the specific counts as to which he seeks partial judgment. Instead, Lovejoy's Motion simply refers to his Affidavit in which he argues that he is affiliated with Area Mortgage of Maryland, L.L.C., and not to an entity with that name as alleged in the Complaints filed in each of the consolidated cases herein. However, in response to each of the Complaints, Defendant does not dispute the allegations that Plaintiff entered into a Broker Agreement with Defendant Area Mortgage of Maryland, and that Defendant signed that Broker Agreement as the "Owner" of Area Mortgage of Maryland. Nowhere in that Broker Agreement does Defendant Lovejoy disclose that Area Mortgage of Maryland is a limited liability company or that Defendant Lovejoy is executing that contract in any capacity as a member or manager of a limited liability company. Absent such disclosure or representation, Defendant Lovejoy is personally liable for all obligations and for any default under the Broker Agreement.

For the foregoing reasons and for the reasons set forth in Plaintiff's Motion for Summary Judgment filed herein and incorporated herein by this reference, including the Affidavits and Exhibits attached thereto, Plaintiff respectfully submits that Lovejoy's Motion should be denied and for such other and further relief as the cause of justice may require.

Respectfully submitted,

/s/
Gerald F. Chapman #10460
6917 Arlington Road, Suite 350
Bethesda, MD 20814
(301) 652-3900

Attorney for Plaintiff First Guaranty
Mortgage Corporation

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this __17th__ day of __October__, 2003, a true and correct copy of the above and foregoing was sent by first class mail, postage pre-paid, to:

Ian A. Williams, Esq.
717 D Street, N.W., Suite 400
Washington, DC 20004

Robert H. Hillman, Esq.
416 Hungerford Drive, #435
Rockville, MD 20850

Mr. Andre Green
701 Carnoustie Lane
Fort Washington, MD 20744

Andre P. Barber, Esq.
BARBER & ASSOCIATES, P.C.
1825 I Street, NW, Suite 400
Washington, D.C. 20024

Area Mortgage of Maryland
c/o Mr. Lester H. Lovejoy
4305 29th Street
Mt. Ranier, MD 20712

Terrence C. McAndrews, Esq.
2000 Century Plaza
10632 Little Patuxent Parkway, Suite 446, Columbia, MD 21044

    /s/
GERALD F. CHAPMAN