# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **FIRST GUARANTY MORTGAGE CORP.** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. MJG 02-326 |
| | | (consolidated with MJG-01-1430) |
| **RONALD PROCOPIO, et al.** | : | |
| | : | |
| Defendants. | | |
| | : | |

### PLAINTIFF'S OPPOSITION TO DEFENDANT ROCK CREEK ASSOCIATES' MOTION TO REASSERT MOTION TO DISMISS PREVIOUSLY FILED

COMES NOW Plaintiff First Guaranty Mortgage Corporation, by and through its undersigned counsel, and hereby opposes Defendant Rock Creek Associates' Motion to Reassert Motion to Dismiss Previously Filed ("Rock Creek's Motion"), and as and for its cause Plaintiff states as follows:

It is not clear from Rock Creek's Motion the basis upon which it seeks a review of its previously denied Motion to Dismiss. Nevertheless, Plaintiff reasserts its opposition to the previously filed Motion to Dismiss and incorporates its response herein.

## **CONCLUSION**

WHEREFORE, Plaintiff respectfully requests that Lovejoy's Motion be denied, and for such other and further relief as the cause of justice may require.

Respectfully submitted,

_/s/_____
Gerald F. Chapman #10460
6917 Arlington Road, Suite 350
Bethesda, MD 20814
(301) 652-3900

Attorney for Plaintiff First Guaranty
Mortgage Corporation

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __22nd__ day of __October__, 2003, a true and correct copy of the above and foregoing was sent by first class mail, postage pre-paid, to:

| | |
|---|---|
| Ian A. Williams, Esq.<br>717 D Street, N.W., Suite 400<br>Washington, DC 20004 | Andre P. Barber, Esq.<br>BARBER & ASSOCIATES, P.C.<br>1825 I Street, NW, Suite 400<br>Washington, D.C. 20024 |
| Robert H. Hillman, Esq.<br>416 Hungerford Drive, #435<br>Rockville, MD 20850 | Area Mortgage of Maryland<br>c/o Mr. Lester H. Lovejoy<br>4305 29th Street<br>Mt. Ranier, MD 20712 |
| Mr. Andre Green<br>701 Carnoustie Lane<br>Fort Washington, MD 20744 | Terrence C. McAndrews, Esq.<br>2000 Century Plaza<br>10632 Little Patuxent Parkway, Suite 446,<br>Columbia, MD 21044 |

 

/s/
_____
GERALD F. CHAPMAN