IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| **FIRST GUARANTY MORTGAGE CORP.** : | |
| Plaintiff, : | |
| v. : | Civil Action No. MJG 02-326 (consolidated with MJG-01-1430) |
| **RONALD PROCOPIO, et al.** : | |
| : | |
| Defendants. : | |

### PLAINTIFF'S REPLY TO DEFENDANT ROCK CREEK ASSOCIATES' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff First Guaranty Mortgage Corporation, by and through its undersigned counsel, and hereby replies to Defendant Rock Creek Associates' Opposition to Plaintiff's Motion for Summary Judgment ("Rock Creek's Opposition"), and as and for its cause Plaintiff states as follows:

Noticeably absent from Rock Creek's Opposition are any affidavits or other sworn testimony to rebut or contradict the allegations contained in Plaintiff's Motion for Summary Judgment and its supporting affidavits and exhibits. While Defendant makes reference to affidavits previously filed with its previously filed Motion to Dismiss, there are no affidavits supporting the earlier filed Motion to Dismiss as well, and that Motion to Dismiss was denied.

Rock Creek's Opposition argues that the allegations contained in the Plaintiff's Motion for Summary Judgment are insufficient since they are conclusory. However, the Affidavits of Robert Peterbark and Demeta Peterbark clearly affirm that there are numerous false statements contained on the Settlement Statement. See, Affidavit of Demeta Peterbark at ¶¶ 24-27, and Affidavit of

Robert Peterbark at ¶¶ 24-27. The Affidavits of these individuals also state that the settlement agent conducting the settlement was Rock Creek Associates, Inc., represented by Nancy Gusman and that a copy of the Settlement Statement is attached to the Motion for Summary Judgment as Plaintiff's Exhibit 63. See, Affidavit of Demeta Peterbark at ¶ 23, and Affidavit of Robert Peterbark at ¶ 23. The Settlement Statement contains the clearly false certification by Nancy Gusman on behalf of Rock Creek Associates, Inc. that "[t]he HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement." See, Exhibit 63 to Plaintiff's Motion for Summary Judgment. The affidavits and evidence show convincingly that the HUD-1 Settlement Statement is not a true and accurate account of the transaction.

      While David Neal's Affidavit does provide the conclusory evaluation that the fraud and misrepresentation documented in the Motion for Summary Judgment and its exhibits could not have occurred without the knowledge and active participation, Rock Creek's Opposition does admit that the settlement did not occur at Rock Creek's offices but instead in the offices of Defendants Ronald Procopio and Margaret Procopio, but Rock Creek argues this misrepresentation is only a little lie in which it was caught.

      Furthermore, the complaint alleges that Defendant Rock Creek Associates falsely certified the Settlement Statement and that the false statements on the Settlement Statement include (a) that cash totaling $48,115.27 when the Peterbarks' affidavits certifies and the exhibits support that this is not true; (b) that cash totaling $157,217.07 was paid to Defendant Ronald Procopio when in fact substantially less than that amount was paid to him; (c) that the sales price of the Property was $440,000 when in fact the sales price was substantially less than that amount; and (d) that the place

of settlement was the offices of Rock Creek Associates, Inc., when in fact the place of settlement was the Procopios' office.  See, First Amended Complaint at ¶ 46.  By virtue of Defendant Rock Creek Associates, Inc. to timely file an answer to the Complaint, the allegations contained in the complaint are deemed admitted as argued in Plaintiff's earlier pleading moving to strike Defendant Rock Creek's late-filed answer.

## CONCLUSION

WHEREFORE, for the foregoing reasons, and the arguments set forth in its Motion for Summary Judgment, Plaintiff respectfully requests that this Court grant Plaintiff's Motion for Summary Judgment, and for such other and further relief as the cause of justice may require.

Respectfully submitted,

_/s/_
Gerald F. Chapman #10460
6917 Arlington Road, Suite 350
Bethesda, MD 20814
(301) 652-3900

Attorney for Plaintiff First Guaranty Mortgage Corporation

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this __22nd__ day of __October__, 2003, a true and correct copy of the above and foregoing was sent by first class mail, postage pre-paid, to:

| | |
|---|---|
| Ian A. Williams, Esq.<br>717 D Street, N.W., Suite 400<br>Washington, DC 20004 | Andre P. Barber, Esq.<br>BARBER & ASSOCIATES, P.C.<br>1825 I Street, NW, Suite 400<br>Washington, D.C. 20024 |
| Robert H. Hillman, Esq.<br>416 Hungerford Drive, #435<br>Rockville, MD 20850 | Area Mortgage of Maryland<br>c/o Mr. Lester H. Lovejoy<br>4305 29th Street<br>Mt. Ranier, MD 20712 |
| Mr. Andre Green<br>701 Carnoustie Lane<br>Fort Washington, MD 20744 | Terrence C. McAndrews, Esq.<br>2000 Century Plaza<br>10632 Little Patuxent Parkway, Suite 446,<br>Columbia, MD 21044 |

 

        /s/
        GERALD F. CHAPMAN