# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>CHARLES B. DAY<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>6500 CHERRYWOOD LANE<br>GREENBELT, MARYLAND 20770<br>(301) 344-0393<br>FAX (301) 344-0394 |

**PLEASE CONTACT CHAMBERS TODAY
TO ACKNOWLEDGE RECEIPT OF THIS FAX.**

November 17, 2003

Gerald F. Chapman, Esquire
6917 Arlington Rd Ste 350
Bethesda, MD 20814

Ian A Williams, Esquire
717 D St NW Ste 400
Washington, DC 20004

Andre Barber, Esquire
800 Fourth St SW Ste 714N
Washington, DC 20024

Terrence C McAndrews, Esquire
2000 Century Plz
10632 Little Patuxent Pkwy Ste 446
Columbia, MD 21044

Robert H Hillman, Esquire
Magazine and Hillman PC
416 Hungerford Dr Ste 435
Rockville, MD 20850

Re:   <u>First Guaranty Mortgage Corp. v. Procopio, et al.</u>
       Civil Action No. MJG-02-326

Dear Counsel:

    Due to a death in Mr. McAndrews' family it is necessary to reschedule the settlement conference set for Thursday, November 20 at 9:30. I offer the following dates for your consideration. If you are not available on one of these dates I ask that you contact the other parties, arrange a telephone conference, and call me as a group to see what arrangements can be made to schedule this matter.

| AVAILABLE DATE | CONFERENCE TO BEGIN AT: |
|---|---|
| Tuesday, December 2, 2003 | 9:30 a.m.* |
| Thursday, December 4, 2003 | 9:30 a.m.* |
| Thursday, January 15, 2004 | 9:30 a.m.* |

Thank you in advance for your cooperation.

                          Very truly yours,
                          /s/
                          Barbara Barry
                          Assistant to Judge Day

\* Dates marked indicate that Judge Day will be on Routine Criminal Duty. If a criminal matter arises that needs his attention, it will be necessary for him to step out of the conference briefly.