UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

November 20, 2003

**VIA ELECTRONIC FILING**

Gerald F. Chapman, Esquire
6917 Arlington Rd Ste 350
Bethesda, MD 20814

Ian A Williams, Esquire
717 D St NW Ste 400
Washington, DC 20004

Andre Barber, Esquire
800 Fourth St SW Ste 714N
Washington, DC 20024

Terrence C McAndrews, Esquire
2000 Century Plz
10632 Little Patuxent Pkwy Ste 446
Columbia, MD 21044

Robert H Hillman, Esquire
Magazine and Hillman PC
416 Hungerford Dr Ste 435
Rockville, MD 20850

Re:   First Guaranty Mortgage Corp. v. Procopio, et al.
      Civil Action No. MJG-02-326

This letter will confirm that the settlement conference in the above-captioned case, previously set for **Thursday, November 20, 2003 at 9:30a.m.**, has been rescheduled for **Thursday, December 4, 2003 at 9:30 a.m.** by consent of the parties.

The ex parte letters requested in Judge Day's original correspondence to you, if not already received by chambers, are due no later than **Wednesday, November 26, 2003.**

Very truly yours,

/s/
Barbara Barry
Assistant to Judge Day

/bab

U.S. District Court (Rev. 9/2001)