IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| First Guaranty Mortgage Corp. ) | Case No. MJG 02-326 |
| ) | Consolidated w/ MJG 01-1430 |
| v. ) | |
| ) | |
| Ronald Procopio, et. al. ) | |

### NOTICE OF SETTLEMENT

Pursuant to Local Rule 111, plaintiff First Guaranty Mortgage Corporation, Inc. (First Guaranty) and defendants Ronald Procopio and Margaret Procopio, hereby notify this Court that they have reached a comprehensive settlement that encompasses all claims in both of the above-captioned cases, which this Court has previously consolidated. Therefore, said parties respectfully request that an Order of Settlement be entered forthwith as to both cases as to such parties.

Respectfully Submitted,

/S/_____          /S/_____
Gerald Chapman #10460              Ian A. Williams #13631
6917 Arlington Road                717 D Street, N.W.
Suite 350                          Suite 400
Bethesda, MD 20814                 Washington, D.C. 20004
(301) 652-3900                     (202) 842-2700

(Attorney for plaintiff First      (Attorney for defendants
 Guaranty Mortgage Corporation)     Ron & Margaret Procopio)

1

<u>Certificate of Service</u>

    I hereby certify that a copy of the foregoing was served via first-class mail, postage prepaid on the _23_ day of December, 2003 to Robert M. Hillman, Esquire, 416 Hungerford Drive, Suite 435, Rockville, MD 20850.

 

_____
Ian A. Williams