

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**

**Chambers of**
**Hon. Marvin J. Garbis**
**United States District Judge**
**410-962-7700**

January 5, 2004

TO ALL COUNSEL OF RECORD

    Re: <u>First Guaranty v. Procopio et al</u>
        <u>MJG-02-326 and 01-1430</u>

Dear Sir/Madam:

    There has been a settlement of claims against certain Defendants, at least one bankruptcy and, possibly, other developments affecting the status of the pleaded claims in these cases. Accordingly, a conference is necessary.

    Plaintiff's counsel shall arrange a conference - which can be attended by telephone by out of town counsel and pro se parties - to be held by January 30.[1]

    Plaintiff's counsel shall, a week in advance of the aforesaid conference, provide a status report which shall include at least the following:

- As to each Defendant against whom claims are no longer being pursued:

    - The identity

    - The nature of resolution, i.e. settlement[2], bankruptcy, voluntary dismissal etc.

    - Pending motions that have been mooted by the resolution.

---

    [1] All dates referred to herein are in the year 2004.

    [2] The terms of settlement need not be disclosed.

COUNSEL OF RECORD
January 5, 2004
Page No. 2

- As to each Defendant against whom claims are still being pursued:

    - The identity.

    - The claims pursued[3] against the Defendant.

- Pending motions that must be resolved.

- Plaintiff's requested deadlines for pretrial procedures such as fact discovery, expert witness designation and summary judgment motions.

- Any other matters relating to case planning.

Although informal, this letter constitutes an Order of this Court.

Yours truly,

/s/

Marvin J. Garbis
United States District Judge

cc: Clerk of Court

---

[3] Indication of the Counts (with Count titles) in each case will suffice.