```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

FIRST GUARANTY MORTGAGE CORP.      *

       Plaintiff           *

       vs.                 *   CIVIL ACTION NO. MJG-02-326

RONALD PROCOPIO, et al.            *

       Defendants          *

\*    \*    \*    \*    \*    \*    \*    \*    \*

<u>ORDER</u>

In accordance with the conference with counsel held in this matter on this date, it appears that, except as to Plaintiff's claims against Rock Creek Associates, Inc.(RCAI) all issues in the instant case have been resolved or are moot. It also appears that RCAI might have no assets and, possibly, might have pertinent insurance coverage. Accordingly:

1. Plaintiff may engage in discovery with regard to RCAI's financial situation and insurance coverage.

2. Such discovery shall be completed by March 15, 2004.

3. The remaining parties shall attempt to agree upon a resolution of the instant case.

4. Absent agreement, Plaintiff' counsel shall arrange a telephone conference during the week of March 22, 2004.

SO ORDERED, on <u>Thursday, January 29, 2004</u>.

                                                _____/ s /_____
                                                Marvin J. Garbis
                                    United States District Judge