```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

FIRST GUARANTY MORTGAGE CORP.    *

       Plaintiff            *

       vs.                  *   CIVIL ACTION NO. MJG-02-326

RONALD PROCOPIO, et al.          *

       Defendant            *

\*     \*     \*     \*     \*     \*     \*     \*     \*

## ORDER CLEARING RECORD RE PENDING MOTIONS

In view of pending settlement in principle, there is no reason for resolution of the motions set forth below. Accordingly, so that the record may be clear and not reflect the pendency of an active motion:

1. The MOTION for Summary Judgment [Paper 67] is DENIED WITHOUT PREJUDICE.

2. The MOTION to Dismiss Motion to Reassert [Paper 92] is DENIED WITHOUT PREJUDICE.

3. This action does not constitute an adjudication of any motion, or any issue relating thereto, and is without prejudice to all rights of any party.

SO ORDERED, on <u>Thursday, May 13, 2004</u>.

                                          _____/ s /_____
                                       Marvin J. Garbis
                          United States District Judge