IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| **FIRST GUARANTY MORTGAGE CORP.** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. MJG 02-326 (consolidated with MJG-01-1430) |
| **RONALD PROCOPIO, et al.** | : | |
| | : | |
| Defendants. | : | |

**CONSENT MOTION FOR ENTRY OF JUDGMENT AGAINST
DEFENDANT ROCK CREEK ASSOCIATES, INC.**

COMES NOW Plaintiff First Guaranty Mortgage Corporation ("Plaintiff"), by and through its undersigned counsel, with the consent of Defendant Rock Creek Associates, Inc. ("Defendant"), and hereby moves this Court to enter judgment in the amount of $100,000.00 for negligence in favor of Plaintiff and against Defendant Rock Creek Associates, Inc. in settlement of all claims by Plaintiff against Defendant Rock Creek Associates, Inc., in this case.

Respectfully submitted,

_____          /s/
Date                                Gerald F. Chapman #10460
                                    6917 Arlington Road, Suite 350
                                    Bethesda, MD 20814
                                    (301) 652-3900

                                    Attorney for Plaintiff First Guaranty
                                    Mortgage Corporation

SEEN AND CONSENTED TO:

| | |
|---|---|
| /s/ | June 10, 2004 |
| Robert H. Hillman, Esq. | Date |
| Magazine & Hillman P.C. | |
| 416 Hungerford Drive, #435 | |
| Rockville, MD 20850 | |
| Attorney for Rock Creek Associates | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __18th__ day of June, 2004, a true and correct copy of the above and foregoing was sent by first class mail, postage pre-paid, to:

| | |
|---|---|
| Ian A. Williams, Esq. | Andre P. Barber, Esq. |
| 717 D Street, N.W., Suite 400 | BARBER & ASSOCIATES, P.C. |
| Washington, DC 20004 | 1825 I Street, NW, Suite 400 |
| | Washington, D.C. 20024 |
| Robert H. Hillman, Esq. | Terrence C. McAndrews, Esq. |
| 416 Hungerford Drive, #435 | 2000 Century Plaza |
| Rockville, MD 20850 | 10632 Little Patuxent Parkway, Suite 446, Columbia, MD 21044 |
| Mr. Andre Green | |
| 701 Carnoustie Lane | |
| Fort Washington, MD 20744 | |

                                                    /s/
                                                    GERALD F. CHAPMAN