IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| **FIRST GUARANTY MORTGAGE CORP.** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. MJG 02-326 |
| **RONALD PROCOPIO, et al.** | : | (consolidated with MJG-01-1430) |
| | : | |
| Defendants. | : | |

### ORDER ENTERING JUDGMENT AGAINST DEFENDANT ROCK CREEK ASSOCIATES, INC.

THIS COURT, having considered the Consent Motion (the "Motion") for Entry of Judgment Against Defendant Rock Creek Associates, Inc. (the "Defendant"), Defendant having consented to said Motion, it is this ____ day of _____, 2004,

**ORDERED and ADJUDGED**, that Judgment be and the same is entered in favor of Plaintiff First Guaranty Mortgage Corporation against Defendant Rock Creek Associates, Inc. for the sum of $100,000.00 for negligence only. All other counts are dismissed with prejudice.

MARVIN J. GARBIS
UNITED STATES DISTRICT JUDGE

copies to:

Gerald F. Chapman, Esq.
6917 Arlington Road, Suite 350
Bethesda, MD 20814

Ian A. Williams, Esq.
717 D Street, N.W., Suite 400
Washington, DC 20004

Robert H. Hillman, Esq.
416 Hungerford Drive, #435
Rockville, MD 20850

Andre P. Barber, Esq.
BARBER & ASSOCIATES, P.C.
1825 I Street, N.W., Suite 400
Washington, DC 20024

Mr. Andre Green
701 Carnoustie Lane
Fort Washington, MD 20744

Terrence C. McAndrews, Esq.
2000 Century Plaza
10632 Little Patuxent Parkway, Suite 446
Columbia, MD 21044