## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## SOUTHERN DIVISION

**FIRST GUARANTY MORTGAGE CORP.**

    **Plaintiff,**

**v.**
                              **Civil Action No. MJG 02-326**
                              **(consolidated with MJG–01-1430)**

**RONALD PROCOPIO, et al.**

    **Defendants.**

_____

## ORDER ENTERING JUDGMENT AGAINST
## DEFENDANT ROCK CREEK ASSOCIATES, INC.

    THIS COURT, having considered the Consent Motion (the "Motion") for Entry of Judgment

Against Defendant Rock Creek Associates, Inc. (the "Defendant"), Defendant having consented to

said Motion, it is this 18th day of June , 2004,

    **ORDERED and ADJUDGED,** that Judgment be and the same is entered in favor of

Plaintiff First Guaranty Mortgage Corporation against Defendant Rock Creek Associates, Inc. for

the sum of $100,000.00 for negligence only. All other counts are dismissed with prejudice.

                                      _____/s/_____

                                      MARVIN J. GARBIS
                                      UNITED STATES DISTRICT JUDGE