IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FIRST GUARANTY MORTGAGE CORP          *

        Plaintiff          *

      vs.                      *    CIVIL ACTION NO. MJG-02-326

RONALD PROCOPIO, et al.               *

        Defendant          *

*        *        *        *        *        *        *        *        *

## ORDER CLOSING CASE

It appears that all matters that the parties wish resolved have been resolved and that the case has been inactive since a consented Motion for Entry of Judgment [Paper 118] was issued June 18, 2004

Accordingly:

1.    The Clerk shall CLOSE THIS CASE.

2.    This is without prejudice to the right of any party to move to reopen the case by January 31, 2005.

SO ORDERED, on Thursday, December 23, 2004.

_____/ s /_____
Marvin J. Garbis
United States District Judge